UPDATED EXHIBIT LIST – MELISSA (ALYSSA) ROLLINS

FILED

2025 NOV 26 PM 3: 14

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Exhibit 1 – Gift Contract & Transfer Agreement
Contract showing the home was gifted to Plaintiff, including proof of $50,000 payment and relinquishment of all interest by Michael Rollins.

Exhibit 2 – Text Messages from Michael Rollins
Screenshots showing admissions of Plaintiff's ownership and Sharon hiding financial assets.

Exhibit 3 – Emails / Messages from Sharon Rollins
Statements acknowledging gift, control of finances, and involvement in property matters.

Exhibit 4 – Recorded Lis Pendens
Filed notice of ownership dispute recorded at the Register of Deeds.

Exhibit 5 – Spousal Support Record
Book and Page Number from DeKalb County Register proving officially recorded support order.

Exhibit 6 – Notice of Appeal Filing
Plaintiff's filed appeal showing lack of response from the appellate court.

Exhibit 7 – Evidence of Coercion & Threats
Screenshots of realtor and attorney-buyer pressuring Plaintiff to sign documents under duress.

Exhibit 8 – Evidence of Illegal Eviction & Loss of Property
Messages and records showing belongings lost, storage mishandling, and forced displacement.

Exhibit 9 – Financial Concealment Evidence
Texts or proof showing concealment of mortgage records, POA abuse, or hidden assets.

Exhibit 10 – Declaration of Melissa Rollins
Sworn declaration submitted in support of TRO.

Exhibit 11 – Medical Bills (Hospital, CAT Scan)
Proof of medical hardship directly caused by financial deprivation.

Exhibit 12 – Prescription Photographs
Photographs of current medications tied to trauma, brain injury, and ongoing medical needs.

Exhibit 13 – Medical Hardship Evidence
Any available documentation showing inability to afford treatment, hearing loss risk, or medical necessity.

Exhibit 14 – Final Divorce Decree
Final Decree showing NO ruling on the home and ONLY ending future support, NOT canceling past-due support.

Exhibit 15 – Release of Lien Contract Provided Under Duress
Document title company attempted to force Plaintiff to sign, attempting to waive rights, liens, and ownership under pressure.

Exhibit 16 – Truist Mortgage Payoff Statement
Shows current payoff amount inconsistent with prior statements and evidence of secret equity withdrawals.

Exhibit 17 – Michael Rollins Text Confirming $185,000 Payoff
Proof that payoff was under $200k three years ago, contradicting $240k payoff now and indicating equity theft.

Exhibit 18 – Closing Payout Sheet Diverting $90,000 to DeKalb County

Evidence of fraudulent closing documents ignoring Plaintiff's lien and diverting proceeds illegally.

Exhibit 19 – Evidence of Title Company Misrepresentation

Any texts/emails showing title company refusing to honor lien or falsely citing Final Decree.

Exhibit 20 – Proof of Mortgage Fraud / Hidden Loans

Any documents suggesting loans or equity withdrawals without Plaintiff's consent.

All exhibits are attached following this list in numerical order.

FINAL EXHIBIT LIST – MELISSA (ALYSSA) ROLLINS
Exhibit 1 – Gift With Conditions Contract
Exhibit 2 – Text From Michael (Rollo) Admitting Ownership & Hidden Assets
Exhibit 3 – Email From Sharon
Exhibit 4 – Letter From Sharon
Exhibit 5 – Recorded Lis Pendens (Book 600, Page 408)
Exhibit 6 – Michael's Text Showing Mortgage Payoff Was $185,000 (3 Years Ago)
Exhibit 7 – Sharon's False Complaint (Lies, Defamation, Concealment of Gift)
Exhibit 8 – Motion to Vacate Plaintiff's Property (Illegal Eviction)
Exhibit 9 – Realtor Threatening & Coercive Messages
Exhibit 10 – Evidence Title Company Claimed "No Liens Found"
Exhibit 11 – Sharon's Complaint for Judgment on Pleadings to Partition
Exhibit 12 – Exhibit 21: Official Recorded Liens & Title Company Misrepresentation
Exhibit 13 – Medical Bills (Printed Copies)
Exhibit 14 – Plaintiff's Motion to Realign Parties for Sole Ownership
Exhibit 15 – Truist Payoff Statement Showing $100,000+ Increase
Exhibit 16 – Spousal Support Proof ($4,095 Unpaid as Evidence)
Exhibit 17 – Fraudulent Order Dated July 18, 2024 (Entered Without Plaintiff Present)
Exhibit 18 – Closing Settlement Sheet Diverting $90,000 to DeKalb County Court
Exhibit 19 – Exhibit 23: Fraudulent Orders, False Statements & Illegal Eviction Summary
All Exhibits are attached in numerical order for the Emergency TRO filing.