## NOTICE OF GIFT WITH CONDITIONS

**WHEREAS,** Raymond and Sharon love their son, Michael Brooks Rollins and pray for him and desire a good relationship with him,

And

WHEREAS, we desire that son, Michael Brooks Rollins will no longer reside at our residence at 3416 Bentwood Drive 37764,

And

WHEREAS, Michael will need monetary support to move to a new location since he cannot return to marital property and has advised us that he has given over his 1/3 percentage of the marital property to wife Aly. Michael will need support to move to a new location and provide for his needs.

THEREFORE, Raymond and Sharon desire to make a one-time gift of $23,000 to Michael effective immediately and three $9,000 installments effective July 15, August 15, and September 15, 2022 for a total of $50,000 with the understanding that:

- Michael is not able to return to our residence to live until he repents and apologizes for his past actions, remains sober, is respectful of us and our property and is employed. Even then, the stay would be expected to be short – no longer than 60 days. He is welcome at any time for short visits.

- Michael will not cause us, his parents, any trouble by threatening or actually taking legal action against us ( IRS/ Stocks/Trust)

- Michael will cease verbal and physical abuse of Raymond and Sharon

Michael should be aware that:

Installment payments between the date of this document and September 15, 2022 will cease if Michael becomes incarcerated during that time. No money will be paid to Aly Rollins, Michael's estranged wife, as he has signed over his percentage of martial property to her.

Parents have an appointment to update their Last Will and Testament in mid-July 2022. We will direct the attorney to set up our Will to deliver $100,000 or 33% of our estate (whichever is greater) to Michael upon the death of the last parent unless Michaels's death predates the last parent's death. Michael is aware that he has benefited from monetary allocations his adult life as well as properties purchased/gifted to him such as marital property 280 Sandgate Dr. His brother Doug, has not benefited similarly.

Sharon and Raymond intend to dissolve responsibility for: (1) all costs – mortgage, insurance, taxes, HOA fees, utility bills, etc. for property known as 280 Sandgate Drive, Smithville, TN and (2) all costs (monthly payments and insurance costs) associated with the 2019 Mercedes Benz automobile. We await Michael's and Melissa's reply on our previous correspondence on the Sandgate Drive matter. Hopefully, that matter and the automobile matter can be resolved amicably.

Agreed this 23 day of June, 2022

Raymond E. Rollins, Jr.                    Sharon L. Rollins

Michael B. Rollins

NOTARIZED

There personally appeared before the undersigned, Raymond E. Rollins, Jr., Sharon L. Rollins, and Michael B. Rollins, who presented identity and acknowledged that they executed the within instrument for the purposes therein contained.

Witness my hand and seal this ____23____ day of June, 2022.

My Commission expires:                    Notary Public _____
10-04-2025

Seal:

2

Aly have yo talked to the
Da to drop charges I
signed the house over to
you told u i would. I just
typed out and signed it.
Idk about the stocks.
Bitch still refuses to show
me anything and is
keeping from me all my
assets. We need to find
out how much it would
change everything. I k
ow you are sober and
can't be around me. Aly I
want you to be good it
could never repay you
for all u gave up. I
always love you . I know
Sharon has abused us
both but how unfair she
has been to you.
Throwing away all your
belongings and storage.
All the lies she told



Aly I know u DONT want
to be here because u r
sober but I am a prisoner
in here. I KNOW cunt
bitch poisoned that pie
you ate! I know I told u
she had poisoned my
shakes and refused to
give it back to check it!
Make no mistakes SHE
IS DEVIL SHE HAS
TRIED TO KILL ALL OF
US MOW! We know she
is to Ray because of
bitch greed!

Aly have yo talked to the Da to drop charges? I signed the house over to you told u i would. I just typed out and signed it. Idk about the stocks. Bitch still refuses to show me anything and is keeping from me all my assets. We need to find out how much it would change everything. I k ow you are sober and can't be around me. Aly I want you to be good it could never repay you for all u gave up. I always love you . I know Sharon has abused us both but how unfair she has been to you. Throwing away all your belongings and storage. All the lies she told

Sharon wants to torture
you Aly and don't want
you to have anything.
That's obvious told u she
was evil when we
married! U have NEVER
EVER been nothing but
loving and sweet to her.
She's evil. I know u just
want me to get my life
straight. You are better
than the Pope! 20 years
I've said that! I have
nothing to say about you
but the beautiful soul u r.
Never had anyone love
me but u

Aly I know u DONT want to be here because u r sober but I am a prisoner in here. I KNOW cunt bitch poisoned that pie you ate! I know I told u she had poisoned my shakes and refused to give it back to check it! Make no mistakes SHE IS DEVIL SHE HAS TRIED TO KILL ALL OF US MOW! We know she is to Ray because of bitch greed!

Sharon REFUSES TO GIVE ME MY TRUST PROOF and I NEVER SOGNED OVER ANY ASSETS!! Know this in case she does something to me! You don't hide what u don't have stupid bitch I hate her can't wait to never see her again. Hope she gets what deserved sick bitch.

She will buy me another place. My share of home I can do whatever I want. I want u to be ok & able to not worry. I don't have to worry. They are worth Millions millions w trust!! She acts broke!!! LOL OK MILLION DOLLARS SPENT ON PARTYING YEARS BUT SHE BROKE? What fuk ever. That's why she's hiding my assets!! Get stocks and we will split it!

Aly you better get charges dropped or u won't get my haf of house. I will not give u any money or do shit if u don't tell da a get em dropped. I signed to give you my part so make it disappear or else-

She don't care the dealer
coming over. I believe
she's trying to kill me.
LOOK at burns she did
to me refused to even
call 911 when od. She
ADMITTED SHE GAVE
US HOUSE AND CANE
OUT OF MY TRUST
FUNDS! She doesn't
want me or Doug
married. My grandma
was right about her.
She'd steal me from u!
That's OUR HOUSE
AND I WANT U TO
HAVE MY %. That's the
most repay you Al

| | |
|---|---|
| From: | Rollins, Sharon |
| Sent: | Monday, July 10, 2023 11:10 AM |
| To: | " aly Ray Rollins" |
| Cc: | "rjrollins@outlook.com" |
| Subject: | Sandgate Dr Update |

Aly,

Not to get in the middle of your marital problems, but Mike has informed me that you and he are divorcing and he has signed over his interest in the home to you. I have given Mike money to get a new residence as you know. I bought this house as a gift for you both. I still have a mortgage on the house and need to know what you are intending to do? I think it would be best if the house is listed and sold. If you are in agreement, of course. Mike tells me that he has charges still pending in Dekalb Court? It would be in your best interest to drop all charges. You could let the District attorney know that you both have made an agreement. Mike doesn't need these charges considering his probation has ended. That would be very unfortunate. That is the very least you could do since you are receiving the home.

Hope you can get this worked out.

Love,

*Sharon*

September 25, 2020

Mike & Aly,

We hope this note finds you both well and getting settled into the new house. Thank you again for all the hard work with the sale of the condo. Aly, your sister really went above and beyond with the repairs and remodeling - that effort played a big part in making it possible to move forward.

We bought the Sandgate house as a gift to you both, with the hope it would give you a fresh start - especially for Mike to get sober and for you two to build a better future together. This is a real opportunity, and we're happy to help you get started.

The house was a great deal because of all the repairs it needs, but once the work is completed, the value will increase significantly. It will be a strong asset and blessing for your future. We know there's a lot to do, but anything you and Mike can do yourselves inside will help tremendously.

The deck is a main concern right now - I'm especially worried about the safety of it, so we need to prioritize that as soon as possible to prevent further damage and cost. When you're ready, start looking for a contractor who can handle everything, and if we agree on someone, I will take care of the work - as we discussed.

We continue to pray this is a turning point for you both. As always, I'll continue covering the bills, so you don't have to carry that burden. Use this time to heal, rebuild, and move forward.

Aly, I pray Mike can get sober and that you'll be able to return to your work. I know how hard this has been on you, and we appreciate all you've done. We truly hope this home brings many better years ahead.

Love,
Mom & Dad

NOTICE OF PENDING LITIGATION AND CLAIM OF INTEREST

(LIS PENDENS)

STATE OF TENNESSEE

COUNTY OF DEKALB

TO WHOM IT MAY CONCERN:

NOTICE IS HEREBY GIVEN that a legal action is currently pending regarding the ownership and title to the property located at:

280 Sandgate Drive, Smithville, TN 37166

This notice is made by Melissa Raymond Rollins, who claims a legal and equitable interest in the above-referenced property. This claim arises from a notarized agreement signed by Michael Rollins, in which he received $50,000 and formally relinquished all interest in the property, and from further documentation and admissions confirming that the home was gifted by Sharon Rollins to Melissa Raymond Rollins.

The subject property is currently involved in a partition action, and the ownership is under formal dispute in connection with active litigation and a pending appeal in the Tennessee Court of Appeals. A Motion to Stay has been filed, and substantial evidence of fraud and legal misconduct has been submitted in connection with the case.

This Notice of Lis Pendens is being filed to place all interested parties, including but not limited to any title company, realtor, auctioneer, buyer, or lender, on formal notice that title to the subject property is under dispute. Any attempt to sell, auction, transfer, finance, or encumber the property while this dispute is ongoing may subject such parties to civil liability and damages.

This notice is being filed in accordance with applicable Tennessee law and shall remain in effect until the resolution of the ongoing litigation.

Dated this 1st day of August , 2025.



Melissa Raymond Rollins

Sworn to and subscribed before me on this 1st day of August , 2025.

Notary Public

My Commission Expires: 04/04/2028

REGISTER OF DEEDS — RECORDED LIENS SUMMARY
(To Include in Exhibit Packet)

1. SPOUSAL SUPPORT LIEN (RECORDED)
- Book Number: 571
- Page Number: 299
- County: DeKalb County Register of Deeds
- Description: Official recorded lien for past-due spousal support owed to Plaintiff.
This lien is legally binding and must be satisfied before any sale or transfer of property.

2. LIS PENDENS — OWNERSHIP DISPUTE (RECORDED)
- Book Number: 600
- Page Number: 408
- County: DeKalb County Register of Deeds
- Description: Filed by Plaintiff to declare an active ownership dispute and gift status of the home.
Places all parties on legal notice. Cannot be ignored or bypassed by title company.

3. HIDDEN ASSETS — MICHAEL ROLLINS TEXT EVIDENCE
- Description: Text message from Michael Rollins admitting Sharon Lambert Rollins is hiding assets
and stocks belonging to Plaintiff. Supports POA abuse, concealment, and financial fraud.

4. ILLEGAL EVICTION & LOSS OF PROPERTY (SUMMARY)
- Description: Plaintiff was forced out of her home without due process.
Belongings were removed, placed in storage without Plaintiff's name, and ultimately lost.
Includes work equipment valued around $25,000 and irreplaceable personal items.

NOTE:
This summary sheet accompanies Exhibit 21, Hidden Assets Texts, and Illegal Eviction Evidence.

NOW I BELIEVE
185,000 is Owed on
Sandgate so at
625,000 you could net
over 400,000 and
purchase a house
somewhere else would
be your best bet that's
with not putting any
money into it it will
bring that I have been
telling you this for
months now so
hopefully you will pay
attention and not allow
yourself to get FUCKED
A RESPONSE IS
NEEDED BY THE 25 th
to HER ATTORNEY OK
CALL ME VERY VERY
IMPORTANT

+ iMessage 🎤

IN THE CHANCERY COURT FOR DEKALB COUNTY, TENNESSEE

SHARON ROLLINS,

     Plaintiff

vs

     Case No. 2024CV

MICHAEL B. ROLLINS,
a resident of 3418 Bentwood Dr.,
Kodak, TN 37764
AND
MELISSA 0. ROLLINS,
a resident of 280 Sandgate Dr.
Smithville, TN, 37166

FILED
DEKALB CO, CHANCERY COURT

APR 2 6 2024

A.M. SMITHVILLE TN P.M.
BY

## COMPLAINT

     COMES NOW THE PLAINTIFF, SHARON ROLLINS, PURSUANT TO TCA 29-27-101 Et Seq, AND FOR HER CAUSE OF ACTION SAYS:

     1.  Plaintiff and the Defendants are the owners of Lot 93 on the Plan of Blue Water Bay Subdivision, Phase One as show on the plat of record at Slide 239 in the Register's Office of DeKalb County, Tennessee. Being the same property conveyed to the parties in Record Book 387, page 643, Register's Office for DeKalb County, Tennessee.

     2.  Plaintiff is a retiree, 77 years of age, and the mother of Michael B. Rollins who is 53 years of age. Melissa 0. Rollins is 46 years of age and the wife of Michael B. Rollins.

     3.  Both Michael and Melissa are recovering addicts and neither are employed. Melissa Rollins is currently residing in the residence located on the property along with her mother and 2 adult children. Michael Rollins is not allowed to reside in the residence due to a history of domestic violence.

     4.  Plaintiff purchased the property described herein on August 31, 2020 for the sum of $320,000.00 as the defendants were homeless and unemployed but promised to secure employment and make the mortgage payments and assume the responsibility of the taxes, insurance and HOA fees. Almost 4 years later the defendants are still unemployed and have not contributed the first penny toward the mortgage, maintenance or upkeep of the house. As of the filing of this complaint the Plaintiff has spent a total of $211,977.00 in down payment and closing cost, mortgage payments, HOA fees, utilities, and repairs.

     5.  The property consist of a house and lot and is not situated so that it can be partitioned in kind.

     WHEREFORE PLAINTIFF PRAYS:

     1.  That due and proper process be served on the defendants requiring them to appear

and answer the allegations of this complaint as required by law.

    2. That upon the hearing of this cause the Court order the property sold.

    3. That the Plaintiff be reimbursed for the payments she has made toward the mortgage, utilities, maintenance and repairs of the property.

    4. For such other and further relief which the Plaintiff may be entitled to upon the hearing of the cause.

Respectfully submitted,

J. Hilton Conger, BPR #3607
Attorney at Law
210 East Public Square
Smithville, TN 37166
(615) 597-2303
hilton@dekalbtitle.com

I AM SURETY FOR THE COST OF THIS CAUSE NOT TO EXCEED $500.00.

J. Hilton Conger, BPR #3607

IN THE CHANCERY COURT FOF DEKALB COUNTY, TENNESSEE

SHARON ROLLINS,

    Plaintiff

vs                              Case No. 2024CV24

MICHAEL B. ROLLINS and
MELISSA D. ROLLINS,

    Defendants

FILED
DEKALB CO. CHANCERY COURT

JUN 2 4 2024
2:45
A.M. SMITHVILLE, TN P.M.
BY _G. Vaughn_

## MOTION TO VACATE PREMISES

Comes now the Plaintiff and moves the Court for an Order requiring the Defendant Melissa D. Rollins to vacate 280 Sandgate Drive, Smithville, TN 37166.

As grounds for the motion plaintiff would show that based on the pleadings there is no dispute that the property which is the subject of this litigation is not situated so that it can be partitioned in kind and, therefore, must be sold. The defendant, Melissa D. Rollins has occupied the residence along with her mother and two adult sons since May, 2021. Plaintiff is informed and believes that the residence is in a bad state of repair and is not ready for showing or sale. Plaintiff needs access to the residence to assess and determine what is needed to get the property ready for sale.

Respectfully submitted,

J. Hilton Conger, BPR #3607
Attorney at Law
210 East Public Square
Smithville, TN 37166
(615) 597-2303
hilton@dekalbtitle.com,

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has this the _24th_ day of June, 2024 been delivered by hand-deliver, facsimile, email, and/or by placing copy of the same in the U.S. Mail, first-class postage prepaid sufficient to carry same to the following destination:

Gayla C. Hendrix
Attorney at Law
301 North Public Square
Smithville, TN 37166

Mingy K. Ball
Attorney at Law
206 East Public Square
Smithville, TN 37166

J. Hilton Conger



Elle ›

No it can't. You didn't sign .

I'm very concerned for you.
I have spoken with my
broker and my real estate
attorney. Please pray
tonight about what the right
thing is to do here as you
are gonna be at risk. Just
tried to call you.

Today 9:39 AM

I tried to call you. This sale
is court ordered & Your
buyer is an attorney & has
called us this morning
wondering what's going on.
They really want the home
& are expecting it to close
per the contract & he is
prepared to sue for lack of
performance if it doesn't
close today. You need to
call me please.

iMessage


  
## when you can for an update

Pressuring me is illegal coercion, civil extortion, misrepresentation, fraudulent pressure to get me to sign away my rights. I prayed and I refuse for thrives, corruption and abusers, liars to STEAL MY PROPERTY , EQUITY AND RIGHTS! I HAVE RIGHTS AND YOU ACT MORE CONCERNED ABOUT SHARON. I'm not signing my legal rights away. All evidence is being ignored and this is all illegal. Why aren't y'all listening to me.? This is why a federal judge and jury will make decision and Sharon will be paying back equity she stole and hopefully arrested for mortgage fraud and wire fraud. IM NOT PLAYING. I've fought 5 years. I'm

iMessage

  
Listen, i sue the county including Laura. This is criminal. I'm the owner and im being strong armed to sign away what's legally binding and mine.

Where is it recorded so that it can be pulled by the title company because both title companies pulled Title and neither of them have come up with anything. Please help us as we have worked so hard to get this to closing and finally did that successfully after five contracts only to get here today.

We have 24 hours to get this closed or you and Sharon will be at risk of being sued by the buyer.



+    iMessage

IN THE CHANCERY COURT FOF DEKALB COUNTY, TENNESSEE

SHARON ROLLINS,

     Plaintiff

vs                              Case No. 2024CV24

MICHAEL B. ROLLINS and
MELISSA O. ROLLINS,

BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

The Plaintiff Sharon Rollins has filed a complaint for partition pursuant to TCA 29-27-101. The property which is the subject of the complaint is a single family dwelling located on Lot 93 in the Blue Water Bay Subdivision in DeKalb County. There is no dispute that Sharon Rollins owns a 1/3 interest as tenants-in-common with Melissa Rollins. The defendant, Melissa Rollins, in her answer admits that the property cannot be partitioned in kind.

TCA 29-27-101 provides that any person owning property as tenant in common with others is ENTITLED to have the property sold for partion.

In Yates v Yates, 571 S.W.2d 293 the court held "As a general proposition of law, a tenant in common is entitled to partition, or sale for partition." In Duncan v Greer 121 S.W.2d 564 it was held that where the right of possession is joint either can maintain a suit for partition.

Since there is no dispute that the property cannot be partitioned in kind there is no reason the court should not order the property sold.

Respectfully submitted,

J. Hilton Conger, BPR #3607
Attorney at Law
210 East Public Square
Smithville, TN 37166
(615) 597-2303
hilton@dekalbtitle.com,

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing order has this the ___7th___ day of June, 2024 been delivered by hand-deliver, facsimile, email, and/or by placing copy of the same in the U.S. Mail, first-class postage prepaid sufficient to carry same to the following destination:

Gayla C. Hendrix
Attorney at Law
301 North Public Square
Smithville, TN 37166

and

Mingy K. Ball
Attorney at Law
206 East Public Square
Smithville, TN 37166

J. HILTON CONGER

EXHIBIT 21 — OFFICIAL RECORDED LIENS (DEKALB COUNTY)

1. UNPAID SPOUSAL SUPPORT LIEN

- Book Number: 571
- Page Number: 299
- Recorded at: DeKalb County Register of Deeds
- Description: This is the official court-ordered spousal support arrearage owed to Plaintiff, totaling $60,000, which must legally be paid at closing under Tennessee law. This lien is active, valid, and publicly recorded.

2. LIS PENDENS — OWNERSHIP DISPUTE & GIFT CONTRACT NOTICE

- Book Number: 600
- Page Number: 408
- Recorded at: DeKalb County Register of Deeds
- Description: This Lis Pendens was filed to place all parties on notice of Plaintiff's legal ownership interest, the gift status of the property, and pending litigation. It bars any good■faith argument that the home could be transferred or sold without honoring Plaintiff's legal rights.

3. TITLE COMPANY MISREPRESENTATION

Foundation Title Company and DeKalb County Title Company have falsely claimed that these liens "do not exist," despite both being publicly recorded entries in the official Register of Deeds system. Their refusal to acknowledge these legally binding filings constitutes:

- fraudulent concealment
- deprivation of property rights
- unlawful bypassing of required lien payment
- financial exploitation of a trafficking survivor
- interference with due process

These liens are binding, enforceable, and must be paid prior to any closing or transfer according to Tennessee law.

# IN THE CHANCERY COURT FOR DEKALB COUNTY
## AT SMITHVILLE, TENNESSEE

**MELISSA RAYMOND ROLLINS,**

   **Plaintiff,**

**v.**

                               **CASE NO. _2022-CV-22_**

**MICHAEL BROOKS ROLLINS,**

   **Defendant.**

FILED
DEKALB CO. CHANCERY COURT
APR 1 9 2022
9:50
A.M. SMITHVILLE, TN P.M.
BY _G. Vaughn_

## ORDER

This cause came on for hearing before the Honorable Ronald Thurman, Chancellor, on Tuesday, April 19, 2022, upon the Plaintiff's Motion for Spousal Support *Pendente Lite*. Present for the hearing were the Plaintiff, Melissa Raymond Rollins, and Counsel for the Plaintiff, Gayla C. Hendrix. Upon the Motion for Spousal Support *Pendente Lite*, the Affidavit of Income and Expenses filed by the Plaintiff, testimony of the Plaintiff, statements of Counsel, and the Defendant's failure to respond or appear, the Court finds and Orders:

1. The Defendant shall pay to the Plaintiff Four-Thousand, Ninety-Five Dollars and No Cents ($4,095.00) every month as spousal support, beginning today for the month of April, 2022, and continuing on the first day of each month beginning May 1, 2022, during the pendency of this case.

**IT IS SO ORDERED.**

    ENTER this ___19___ day of April, 2022.

                                        **RONALD THURMAN, CHANCELLOR**

*Gayla C. Hendrix*
ATTORNEY-AT-LAW
101 NORTH PUBLIC SQUARE
SMITHVILLE, TENNESSEE
37166

APPROVED FOR ENTRY:

_Gayla C. Hendrix_

Gayla C. Hendrix, BPR#029205
Attorney for Plaintiff
301 N. Public Square
Smithville, TN 37166
(615) 215-8450

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order has this 19th day of April, 2022, been sent via U.S. Mail, first-class postage prepaid sufficient to carry same to the following destination: Michael Brooks Rollins, 3416 Bentwood Drive, Kodak, Tennessee 37764.

GAYLA C. HENDRIX

*Gayla C. Hendrix*
ATTORNEY-AT-LAW
101 NORTH PUBLIC SQUARE
SMITHVILLE, TENNESSEE
37166

Case 2:25-cv-00096    Document 1-2    Filed 11/26/25    Page 28 of 49 PageID #: 35

# IN THE CHANCERY COURT FOR DEKALB COUNTY TENNESSEE AT SMITHVILLE

| | |
|---|---|
| SHARON ROLLINS,<br>    PLAINTIFF,<br><br>*VERSUS*<br><br>MICHAEL B ROLLINS AND<br>MELISSA O. ROLLINS,<br>    RESPONDENTS. | ) FILE NO. 2024CV24<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
DEKALB CO. CHANCERY COURT

AUG 0 8 2024

10:04 A.M. SMITHVILLE, TN P.M.
BY *Q. Vaughn*

## ORDER 07/18/2024

This cause came to be heard before the Chancellor, Ronald Thurman, on the 18th day of July 2024, Upon the Plaintiff's *Motion for Judgment on the Pleadings* and the entire record as whole the Court finds as follows,

1. The real property is of a unique nature and therefore cannot be partitioned in kind.

2. The Respondent, Melissa Rollins, expressed an interest in buying the interest of the other parties.

3. The Respondent, Melissa Rollins, shall have thirty (30) days from the date of this hearing to present to the Court an approval letter of credit from a bank in an amount of at least $500,000.00.

4. In the event the Respondent, Melissa Rollins, fails to timely present said letter the Respondent, Melissa Rollins, along with all of her guests, shall vacate the real property within fifteen (15) days, leaving the real property in a clean and presentable way.

5. Upon the Respondent, Melissa Rollins, vacating the real property, she is to notify the Plaintiff, Sharon Rollins, and the Respondent, Michael Rollins, by and through counsels, within forty-eight hours.

6. Upon receiving said notice, the Respondent, Michael Rollins, shall have seven (7) days to retrieve his personal belongings from the real property.

1

7. In the event the parties are not able to agree on listing the property with a real estate agent within forty-five (45) days from the entry of this Order as further, evidenced by the presentment of an agreed order separate and apart from this order, the Clerk and Master shall be appointed Special Master outside of the normal scope of her responsibilities for the purpose of selling the real property at a public auction within ninety days.

8. The Special Master shall be and is hereby authorized to spend up to $ 2,500 on getting the property ready to be sold with the assistance of Parks Realty.

9. The net proceeds from the sale of the real property shall be deposited with the DeKalb County Chancery ~~Circuit~~ Court Clerk.

10. All other matters pending before the Court shall be and are hereby reserved.

ENTERED this the 8 day of August 2024.

Ronald Thurman, Chancery Court Judge

APPROVED FOR ENTRY:

Mingy K. Ball, BPR 031048
Attorney for Respondent, Michael Rollins
206 East Public Sq.
Smithville, TN 37166
(615) 597-2600
mingy@smithvilleattorney.com

Gayla Hendrix, BPR # 029205
Attorney for Respondent, Melissa Rollins
301 N Public Sq.
Smithville, TN 37166
615-215-8450
gaylachendrixlaw@gmail.com

J. Hilton Conger, BPR #3607     w/c permission
Attorney for Plaintiff
210 East Public Sq.
Smithville, TN 37166
615-597-2303
hilton@dekalbtitle.com

2

## B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No. | 7. Loan No. | 8. Mortgage Insurance Case No. |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv Ins. | | 25-1118.01 | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Rider Renee Rentals LLC<br>113 Landmark Lane<br>Bristol, TN 37620 | Sharon L. Rollins, Melissa O. Rollins, and Michael B. Rollins<br>3416 Bentwood Dr<br>Kodak, TN 37764 | |

| G. Property Location:<br>280 Sandgate Drive<br>Smithville, TN 37166 | H. Settlement Agent:<br>Stephen W Gooch, PC<br><br>Place of Settlement:<br>113 Landmark Lane Bristol, TN 37620 | I. Settlement Date:<br>11/26/2025<br>Funding Date:<br>11/26/2025<br>Disbursement Date:<br>11/26/2025 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract sales price | $342,500.00 | 401. Contract sales price | $342,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $3,831.30 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustment for items paid by seller in advance | | Adjustment for items paid by seller in advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes 11/26/2025 to 12/31/2025 | $185.19 | 407. County Taxes 11/26/2025 to 12/31/2025 | $185.19 |
| 108. Assessments | | 408. Assessments | |
| 109. HOA Fees 11/26/2025 to 12/31/2025 | $173.08 | 409. HOA Fees 11/26/2025 to 12/31/2025 | $173.08 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due from Borrower | $346,689.57 | 420. Gross Amount Due to Seller | $342,858.27 |
| 200. Amount Paid by or in Behalf of Borrower | | 500. Reductions In Amount Due to Seller | |
| 201. Deposit | $5,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $15,009.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff to Truist Bank | $232,268.30 |
| 205. | | 505. Payoff of Second Mortgage Loan | |
| 206. | | 506. | |
| 207. | | 507. Earnest deposit retained | $5,000.00 |
| 208. | | 508. | |
| 209. | | 509. Dekalb County Courts | $90,580.47 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | $5,000.00 | 520. Total Reduction Amount Due Seller | $342,858.27 |
| 300. Cash at Settlement from/to Borrower | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from borrower (line 120) | $346,689.57 | 601. Gross amount due to seller (line 420) | $342,858.27 |
| 302. Less amounts paid by/for borrower (line 220) | $5,000.00 | 602. Less reductions in amounts due seller (line 520) | $342,858.27 |
| 303. Cash ☒ From ☐ To Borrower | $341,689.57 | 603. Cash ☒ To ☐ From Seller | |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

The information requested does not lend itself to confidentiality.

## L. Settlement Charges

| | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| **700. Total Real Estate Broker Fees** | | |
| Division of commission (line 700) as follows : | | |
| 701. $10,275.00 to Compass | | |
| 702. $8,562.50 to Highlands Elite Real Estate | | |
| 703. Commission paid at settlement | | $13,837.50 |
| 704. Earnest deposit retained: $5,000.00 | | |
| **800. Items Payable in Connection with Loan** | | |
| 801. Our origination charge | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | |
| 803. Appraisal fee | | |
| 804. Credit report | | |
| 805. Tax service | | |
| 806. Flood certification | | |
| 807. | | |
| 808. | | |
| 809. | | |
| 810. | | |
| **900. Items Required by Lender to be Paid in Advance** | | |
| 901. Daily interest charges from 11/26/2025 to 12/01/2025 | | |
| 902. Mortgage insurance premium | | |
| 903. Homeowner's insurance | | |
| 904. | | |
| **1000. Reserves Deposited with Lender** | | |
| 1001. Initial deposit for your escrow account | | |
| 1002. Homeowner's insurance | | |
| 1003. Mortgage insurance | | |
| 1004. Property taxes | | |
| 1005. | | |
| 1006. | | |
| 1007. Aggregate Adjustment $0.00 | | |
| **1100. Title Charges** | | |
| 1101. Settlement or closing fee to Stephen W Gooch, PC | | |
| 1102. Owner's title insurance to Alexa Title, LLC | $1,136.05 | |
| 1103. Lender's title insurance to Alexa Title, LLC | | |
| 1104. Lender's title policy limit $ | | |
| 1105. Owner's title policy limit $342,500.00 | | |
| 1106. Settlement Fee to Stephen W Gooch, PC | $500.00 | |
| 1107. | | |
| 1108. Title examination to Stephen W Gooch, PC | $500.00 | |
| 1109. Closing fee to Dekalb Title | | $420.00 |
| 1110. Search Fee to Dekalb Title | | $225.00 |
| 1111. Electronic Filing Fee to Simplifile | $10.00 | |
| 1112. Wire Fee (Seller Payoff) to First Bank and Trust | | $20.00 |
| 1113. Closing Fee to Foundation Title & Escrow Services, LLC | | $450.00 |
| 1114. Wire Fee (Title Company Disbursement) to First Bank and Trust | | $40.00 |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording fees: Deed $18.00 Mortgage $ Release $ to DeKalb County Register of Deeds | $18.00 | |
| 1202. City/County tax/stamps Deed $0.00 Mortgage $0.00 | | |
| 1203. State tax/stamps Deed $1,267.25 Mortgage $0.00 to DeKalb County Register of Deeds | $1,267.25 | |
| 1204. | | |
| **1300. Additional Settlement Charges** | | |
| 1301. | | |
| 1302. HOA Transfer Fee to Butler and Associates | $200.00 | |
| 1303. HOA Capitalization Fee to Blue Water Bay | $200.00 | |
| 1304. POA Recording Reimbursement to Dekalb Title, LLC | | $17.00 |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1309. | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | $3,831.30 | $15,009.50 |

Rider Renee Rentals LLC, a Tennessee Limited Liability Company
By:

_____  
Melanie L. Gooch, Managing Member      Date

_____  
Sharon L. Rollins      Date

_____  
Melissa O. Rollins      Date

_____  
Michael B. Rollins by Sharon L. Rollins, his Attorney-In-Fact      Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____  
Settlement Agent      Date

Previous editions are obsolete      Page 2 of 2      HUD-1

EXHIBIT 23 — FRAUDULENT ORDERS, FALSE STATEMENTS, AND EVICTION DOCUMENTS

1. ORDER MISREPRESENTING OWNERSHIP (USED BY TITLE COMPANY)
- Description: This is the order that falsely treats Plaintiff as if she was never gifted the home. This order was entered without Plaintiff present and without jurisdiction.
It contradicts the Final Divorce Decree, which explicitly states NO decision was made regarding the Sandgate property.
Title companies are fraudulently using this order to ignore Plaintiff's lawful ownership rights.

2. FINAL DECREE OVERRIDES PRIOR ORDERS
- The Final Divorce Decree states:
"No decision on the property located at Sandgate."
"Neither party shall receive future support."
This means:
- The home was NOT ruled on.
- The home was NOT declared marital property.
- Past-due support still exists and was never canceled.
- Any prior order used to remove Plaintiff from the home is VOID.

3. SHARON ROLLINS' FALSE COMPLAINT & DEFAMATION
- Description: Official complaint filed by Sharon Lambert Rollins in which she:
- Lied about Plaintiff being a "drug addict"
- Concealed her and Michael's trafficking, exploitation, and financial control
- Attempted to fabricate grounds to remove Plaintiff from the home
- Hid the $50,000 contract and gift agreement
- Withheld financial documents, stocks, and hidden assets
This document proves malicious intent, fraud, and defamation.

4. ILLEGAL VACATE / EVICTION ORDERS
- Description: Orders forcing Plaintiff out of the home she legally owns.
These were issued:
- Without due process
- Without a proper hearing
- Without jurisdiction (neither party lived in DeKalb County for over one year)
- Without disclosure of the gift contract
- Through attorney manipulation and concealment of evidence
These orders directly resulted in:
- Forced displacement
- Loss of $25,000+ in work equipment
- Destruction of belongings
- Severe hardship and medical decline

5. FRAUD SUMMARY
These documents collectively show:
- Sharon's intentional exploitation and manipulation of the court
- Attorneys knowingly pushing fraudulent orders
- Title companies using void orders instead of the final decree
- Coordinated effort to steal Plaintiff's home and equity
- Continued trafficking-related financial control and retaliation

## Visit on 12 Mar, 2025
**Location: PWHC- Springfield, TN**
**Billing location: PWHC- Huntsville, AL**

Patient  **Melissa Rollins**                    Provider  **Billy Davis**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| ESTSP Established Maintenance (Self-Pay) | 1 | $125.00 | -$0.00 | -$0.00 | $125.00 |
| **VISIT TOTAL** | | $125.00 | -$0.00 | -$0.00 | $125.00 |

## Visit on 13 Mar, 2025   Location: PWHC- Springfield, TN

Patient  **Melissa Rollins**                    Provider  **Leslie Cole**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| 99484 Care Mgmt Svc Bhvl Hlth Cond | 1 | $72.00 | -$0.00 | -$0.00 | $72.00 |
| **VISIT TOTAL** | | $72.00 | -$0.00 | -$0.00 | $72.00 |

## Visit on 01 May, 2025
**Location: PWHC- Springfield, TN**
**Billing location: PWHC- Huntsville, AL**

Patient  **Melissa Rollins**                    Provider  **Billy Davis**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| ESTSP Established Maintenance (Self-Pay) | 1 | $125.00 | -$0.00 | -$0.00 | $125.00 |
| **VISIT TOTAL** | | $125.00 | -$0.00 | -$0.00 | $125.00 |

## Visit on 29 May, 2025
**Location: IB- Sevierville, TN**
**Billing location: IB- Jackson, TN**

Patient  **Melissa Rollins**                    Provider  **Nakeesha Longmire**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| SP30 Self-Pay 30 Min | 1 | $60.00 | -$0.00 | -$0.00 | $60.00 |
| **VISIT TOTAL** | | $60.00 | -$0.00 | -$0.00 | $60.00 |

3E7S0.001A0E.03.03-00.0E4N03E

## Visit on 12 Mar, 2025

**Location: PWHC- Springfield, TN**
**Billing location: PWHC- Huntsville, AL**

Patient  **Melissa Rollins**

Provider  **Billy Davis**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| ESTSP Established Maintenance (Self-Pay) | 1 | $125.00 | -$0.00 | -$0.00 | $125.00 |
| **VISIT TOTAL** | | $125.00 | -$0.00 | -$0.00 | $125.00 |

## Visit on 13 Mar, 2025   Location: PWHC- Springfield, TN

Patient  **Melissa Rollins**

Provider  **Leslie Cole**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| 99484 Care Mgmt Svc Bhvl Hlth Cond | 1 | $72.00 | -$0.00 | -$0.00 | $72.00 |
| **VISIT TOTAL** | | $72.00 | -$0.00 | -$0.00 | $72.00 |

## Visit on 01 May, 2025

**Location: PWHC- Springfield, TN**
**Billing location: PWHC- Huntsville, AL**

Patient  **Melissa Rollins**

Provider  **Billy Davis**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| ESTSP Established Maintenance (Self-Pay) | 1 | $125.00 | -$0.00 | -$0.00 | $125.00 |
| **VISIT TOTAL** | | $125.00 | -$0.00 | -$0.00 | $125.00 |

## Visit on 29 May, 2025

**Location: IB- Sevierville, TN**
**Billing location: IB- Jackson, TN**

Patient  **Melissa Rollins**

Provider  **Nakeesha Longmire**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| SP30 Self-Pay 30 Min | 1 | $60.00 | -$0.00 | -$0.00 | $60.00 |
| **VISIT TOTAL** | | $60.00 | -$0.00 | -$0.00 | $60.00 |

## Visit on 03 Jul, 2024

**Location: PWHC- Sevierville, TN**
**Billing location: PWHC- Huntsville, AL**

Patient **Melissa Rollins**

Provider **Billy Davis**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| ESTSP Est Self Pay Patient-Maintenance | 1 | $125.00 | -$0.00 | -$0.00 | $125.00 |
| **VISIT TOTAL** | | $125.00 | -$0.00 | -$0.00 | $125.00 |

## Visit on 08 Aug, 2024

**Location: PWHC- Springfield, TN**
**Billing location: PWHC- Huntsville, AL**

Patient **Melissa Rollins**

Provider **Billy Davis**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| ESTSP Established Maintenance (Self-Pay) | 1 | $125.00 | -$0.00 | -$0.00 | $125.00 |
| **VISIT TOTAL** | | $125.00 | -$0.00 | -$0.00 | $125.00 |

IF YOUR INFORMATION HAS CHANGED, PLEASE INDICATE CHANGES BELOW

✂ - - - - - - - -

**PERSONAL INFORMATION**

| NAME | | DATE OF BIRTH |
|---|---|---|
| ADDRESS | | |
| CITY | STATE | ZIP CODE |
| PHONE | | |
| EMAIL ADDRESS | | |
| EMPLOYER ADDRESS | | |
| EMPLOYER CITY | EMPLOYER STATE | EMPLOYER ZIP CODE |

**INSURANCE INFORMATION**

| PRIMARY INSURANCE COMPANY | | |
|---|---|---|
| PRIMARY INSURANCE COMPANY ADDRESS | | |
| CITY | STATE | ZIP CODE |
| POLICY HOLDER NAME | | |
| POLICY HOLDER ID NUMBER | | |
| GROUP PLAN NUMBER | | |

The attached form only applies to hospital bills, and does not include any other medical bills you may have; such as physician, radiology, ambulance, etc. Please note if you apply for other coverage, assistance or discount programs outside of SUMMIT MEDICAL CENTER internal financial assistance, you may receive a separate communication with respect to such programs.

**To ensure a prompt response, please return this letter with the enclosed application. If the letter is not returned, please allow twenty-one (21) business days for our review process. We will notify you of our financial assistance determination in writing. If you have any questions or concerns, please feel free to contact Customer Service at any time.**



Sincerely,                                               PO BOX 290429
Customer Service                                 NASHVILLE, TN 372290429
Phone: 615-886-4788
Fax: 844-546-2484
Hours: 8:30AM-5:00PM



  **labcorp**

# Laboratory Bill

# PAST DUE NOTICE

Payments made via an online banking service must include this invoice #

**TAX ID# : 84-0611484**

| Invoice/Factura: | 05103717 |
|---|---|
| **Amount Due:** | **$27.98** |

MELISSA O RAYMONDROLLI
C/O MELISSA RAYMOND-ROLL
5221 GIARDINO DR
MOUNT JULIET, TN 37122-4265

**Patient Name:** MELISSA O RAYMONDROLLI
**Invoice Date:** 12/21/24    429774493870

We've made it easy to pay your bills from Labcorp. Just scan this QR code to pay.

Test requested by:
PATHWAY HEALTHCARE - SEVIERVIL
1101-5 FOX MEADOWS BLVD
SEVIERVILLE, TN 37876

Insurance that has been filed:
AMBETTER (TN) OF TENNESSEE
ID#:    XXX-XX-393701
POLICY GROUP#:

## Important Notice

THIS BILL IS FOR LABORATORY SERVICES REQUESTED BY YOUR PHYSICIAN. PAYMENT IN FULL IS EXPECTED UPON RECEIPT OF THIS INVOICE. THANK YOU FOR ALLOWING US TO SERVE YOU. * SEE THE BACK FOR INSURANCE OPTIONS *

## Summary of Activity

| Date of Service | Description | Charges | Adjustments | Medicare/Medicaid Paid | Insurance Paid | Patient Paid | You Pay |
|---|---|---|---|---|---|---|---|
| 10/23/24 | Buprenorphine, Urine | 73.50 | | | | | 73.50 |
| 10/23/24 | Buprenorphine Confirm, Urine | 151.20 | | | | | 151.20 |
| | ADJUSTMENT(S) | | (112.77) | | | | (112.77) |
| | PAYMENT(S) | | | | (83.95) | | (83.95) |
| IMPORTANTE: Tenemos agentes bilingues disponibles para asistirle. Llamenos ahora para resolver su situación. | | 224.70 | (112.77) | | (83.95) | | **$27.98** |

Labcorp reserves the right to refuse laboratory services for failure to pay for past services. Only your doctor can answer questions regarding testing, diagnosis and results.
To request a copy of your laboratory report: Go to patient.labcorp.com

TEST PERFORMED BY:  LABCORP BIRMINGHAM  1801 FIRST AVENUE SOUTH  BIRMINGHAM, AL  35233

**We accept the following payment methods:**      

Payment arrangements can be made with no additional fee by calling **1-800-845-6167** from 8 AM - 8 PM Monday - Friday, or visit **labcorp.com/billing**



MELISSA O RAYMONDROLLI
5221 GIARDINO DR
MOUNT JULIET, TN 37122-4265

Payments made via an online banking service must include
**Invoice # 05103717**

Return this portion with payment
DO NOT SEND CASH
Make check or money order payable to:

**Laboratory Corporation of America Holdings**
PO Box 2240
Burlington, NC  27216-2240

| Invoice/Factura: | 05103717 |
|---|---|
| **Amount Due:** | **$27.98** |

www.labcorp.com/billing

FAX: 1-866-227-2939

In order to process your claim, please provide your insurance information below and return it in the envelope provided. Our lab will file **primary insurance**. Print carefully, one character per box, to ensure timely and accurate processing of your information.

**Hours of operation are:** 8 AM - 8 PM   **FAX# 1-866-227-2939**

## Patient Demographics (Required Information)

Patient's First Name

M.I.

Patient's Last Name

Patient's Birthdate (MM-DD-YYYY)

Invoice Number (found on front of this bill)

Telephone Number (Please include area code)

Patient's Sex
○ Male   ○ Female

Web payment and insurance filing options are available at Labcorp.com/billing

## Medicare Information

Medicare Number (Include letters and/or alpha suffix)

○ Primary Insurance   ○ Secondary Insurance
○ General   ○ United Mine Workers   ○ Railroad

## Medicaid Information

Medicaid Number (Include letters and/or alpha characters)

## Insurance Information

Policyholder's First Name

M.I.

Policyholder's Last Name

Insurance Group Number

Insurance Identification Number

Insurance Company Name

Patient's Relationship to Insured
○ Self   ○ Spouse   ○ Other

Insurance Company Address

○ Primary Insurance   ○ Secondary Insurance

City

State

Zip Code

I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other government agency or insurance carrier responsible for payment any information needed for this related Medicare or other claim. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits either to myself or to the party who accepts assignment of them. Please sign and return in the envelope provided.

Signature _____   Date _____

To pay your bill online, visit Labcorp.com/billing.

Payment arrangements can be made with no additional fee by calling 1-800-845-6167 from 8 AM - 8 PM, Monday - Friday.


SCIENCES CORPORATION

PO BOX 645612 | CINCINNATI, OH 45264-5612

## Please Pay Promptly
Pay online or call us to discuss payment options.

(i) For billing questions, please call:
877-723-2145
Office hours: 9am - 7pm EST/EDT Mon thru Fri
Internal Use: AG 3324790

(i) **Pay Online:** www.personapay.com/aegislabs

| Account Number | Due Date | Amount Due | Amount Paid |
|---|---|---|---|
| 3324790 | 02/21/2025 | $89.00 | $ |

| **Addressee** | Page 1 of 1 |
|---|---|

**Please make checks payable and remit to:**

ı'ıpıllılı,ı|,ıpılıllılı'ıılılılılı,ılılınııılılılılılı

MELISSA ROLLINS
5221 PIARDINO DR
MT JULIET TN 37122

0008 002405

ıılıpılllılı,ıllıl|ıllılllılılılı,ılllılılılı,ılı'ıllıılılılı

**AEGIS SCIENCES CORP**
PO BOX 645612
CINCINNATI OH 45264-5612

*AG/24-A000000QY/01478509*

☐ Check if address/insurance changes are on back

Please detach and return top portion with payment.

| Account Number | Account Name | Statement Date | Due Date |
|---|---|---|---|
| 3324790 | MELISSA ROLLINS | 01/17/2025 | 02/21/2025 |

| Date | Service Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| 11/25/2024 | T#: 3324790, CUSTOMER LOCATI: PATHWAY HEALTHCARE LLC<br>Req#: 820515024<br>80307 DR TST PRESUMPTIVE<br>G0482 DR TST DEFN DR ID M P D 15-21 DR CL<br><br>**Balance Due** | $0.00<br>$89.00 | | $89.00 |

### Insurance Information
Primary Insurance: NONE ON FILE

Primary Insurance ID#: N/A

Secondary Insurance: NONE ON FILE

Secondary Insurance ID#: N/A

### STATEMENT SUMMARY

Total Charges...........................................$89.00
Insurance Payments/Adjustments..............$0.00
Patient Payments .....................................$0.00

**AMOUNT DUE:** $89.00

## Change of Address

Name (Last, First, Middle Initial)

Address

City                          State          ZIP

Telephone

## Primary Insurance Updates

Primary Insured Name

Relationship of Patient to Subscriber
☐ Self  ☐ Spouse  ☐ Child  ☐ Other

Primary Insurance Name

Effective Date

Primary Insurance Street Address

City              State        ZIP          Telephone

Employer Name

Group Number

Subscriber ID #

Policyholder's Date of Birth

## Secondary Insurance Updates

Secondary Insured Name

Relationship of Patient to Subscriber
☐ Self  ☐ Spouse  ☐ Child  ☐ Other

Secondary Insurance Name

Effective Date

Secondary Insurance Street Address

City              State        ZIP          Telephone

Employer Name

Group Number

Subscriber ID #

Policyholder's Date of Birth

**Explanation of Statement:**

If insurance was provided at the time of service, this statement is the summary of the unpaid balance of your account after your insurance has been billed. If no insurance was provided at the time of service, please forward that information to us. At this time, the balance on your account is your responsibility. Charges reflect only laboratory services rendered by Aegis Sciences Corporation.

**Contact Us:**

The billing statement represents only services rendered with current patient liability. If you have questions, please call our Customer Service Department at (877) 723-2145. Our office hours are Monday - Friday 9:00AM to 7:00PM (EST/EDT). You may also contact via email at billing@aegislabs.com.

If you choose to contact us by mail, please include the patient name, account number, date of service and a description of the request. Please send your correspondence to the remittance address reflected on the front of this statement.

**Financial Policy:**

Payment is due in full upon receipt of your first statement. If you are unable to pay in full, Aegis Sciences Corporation will work with you to establish an acceptable payment plan. Partial payments made toward your balance will not stop our collection process unless you have made payment arrangements with us. Please contact our Customer Service Department at (877) 723-2145 or via email at billing@aegislabs.com and we will be happy to assist you with the payment option that best addresses your needs.

## Visit on 09 Jun, 2025

**Location: PWHC- Springfield, TN**
**Billing location: PWHC- Huntsville, AL**

Patient  **Melissa Rollins**

Provider  **Billy Davis**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| ESTSP Established Maintenance (Self-Pay) | 1 | $125.00 | -$0.00 | -$0.00 | $125.00 |
| **VISIT TOTAL** | | $125.00 | -$0.00 | -$0.00 | $125.00 |

## Visit on 28 Jul, 2025

**Location: IB- Sevierville, TN**
**Billing location: IB- Columbus, MS**

Patient  **Melissa Rollins**

Provider  **Amanda Adams**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| SP30 Self-Pay 30 Min | 1 | $60.00 | -$0.00 | -$0.00 | $60.00 |
| **VISIT TOTAL** | | $60.00 | -$0.00 | -$0.00 | $60.00 |

## Visit on 29 Jul, 2025  Location: PWHC- Springfield, TN

Patient  **Melissa Rollins**

Provider  **Leslie Cole**

| PROCEDURES | UNITS | BILLED | INSURANCE ADJUSTMENT | INSURANCE PAID | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|
| 99484 Care Mgmt Svc Bhvl Hlth Cond | 1 | $72.00 | -$0.00 | -$0.00 | $72.00 |
| **VISIT TOTAL** | | $72.00 | -$0.00 | -$0.00 | $72.00 |

| | |
|---|---|
| Total Patient Responsibility | $1,429.00 |
| Paid by You | -$30.00 |
| **Total Balance Due** | **$1,399.00** |

If you want to get more help on your
medical bill, please visit **pay.yourmedicalbill.com**



# IN THE CHANCERY COURT FOR DEKALB COUNTY, TENNESSEE

SHARON ROLLINS,

    Plaintiff,

v.

MICHAEL BROOKS ROLLINS and

MELISSA RAYMOND ROLLINS,

    Defendants.

Case No. 2024CV29

## MOTION TO REALIGN THE PARTIES AND ASSERT SOLE OWNERSHIP INTEREST

COMES NOW the Defendant, Melissa Raymond Rollins, and respectfully moves this Honorable Court to realign the parties in the above-captioned case to reflect that she is the sole real party in interest and rightful owner of the property located at 280 Sandgate Drive, Smithville, TN 37166.

In support of this motion, the Defendant states as follows:

1. The Plaintiff, Sharon Rollins, has falsely asserted ownership and initiated partition proceedings despite clear, documented evidence that she gifted the home and relinquished all ownership claims.
2. Michael Brooks Rollins, named as co-defendant, has signed a notarized agreement (Exhibit A) stating he received $50,000 from Plaintiff Sharon Rollins and relinquished any and all ownership interest in the subject property.
3. Additional documentation includes:
   - Exhibit B: Email from Sharon Rollins acknowledging the transfer and Michael's compensation.
   - Exhibit C: Text messages from Michael admitting full ownership was transferred to Melissa.

- Exhibit D: Lis Pendens and Affidavit of Interest already filed.
4. Defendant Melissa Rollins is the only party residing in or maintaining claim to the property and has invested personal resources for its upkeep.
5. The grouping of Defendant Melissa Rollins alongside Michael Brooks Rollins misrepresents the ownership structure and prejudices the rightful owner.
6. The partition filing by Sharon Rollins constitutes misuse of this Court's jurisdiction and has been used as a tool to force fraudulent sale and benefit co-conspirators.

Public Notice of Criminal Intent:
Defendant Melissa Rollins hereby notifies the Court that evidence of civil and criminal misconduct by Sharon Rollins and associated parties has been compiled and is being submitted to the Tennessee Bureau of Investigation, Tennessee Attorney General, the FBI Public Corruption Division, and appropriate legal authorities. These actions include, but are not limited to, fraud, concealment of financial assets, abuse of legal process, obstruction, and financial coercion of a domestic abuse survivor.

WHEREFORE, the Defendant respectfully requests this Court:
- Realign the parties to reflect that Melissa Raymond Rollins is the real party in interest,
- Acknowledge her sole claim to the property,
- And take any further relief as the Court deems just and proper.

Respectfully submitted,


Melissa Raymond Rollins
5221 Giardino Dr
Mt. Juliet, TN 37122
Email: armediainc@protonmail.com

STATE OF TENNESSEE NOTARY PUBLIC
CRYSTAL JENNIFER PADILLA
COUNTY OF WILSON
MY COMM. EXPIRES APRIL 4, 2028

08/01/25



Truist Bank
P.O. Box 27767
Richmond, VA 23261-7767

November 19, 2025          TRUIST BANK PAYOFF STATEMENT

Sharon Rollins
3416 Bentwood Dr
Kodak, TN 37764

RE: Mortgage Loan Number: 4004361236

                                        Property Address:
                                        280 Sandgate Dr
Sharon Rollins                          Smithville TN 37166
3416 Bentwood Dr
Kodak TN 37764

Per your request, we are providing payoff figures for the above referenced
mortgage loan. *** TOTAL AMOUNT DUE TO PAY LOAN IN FULL *** 232,175.55
Payoff funds are credited on the date received in the Truist Mortgage
Payoff Department by 3pm EST. Additional interest may be charged if funds
are not submitted in accordance with below instruction. (Continue
reading for details).

This payoff is good through November 26, 2025. Additional interest will
be charged if funds are not received by 3:00 p.m., ET, on that date.
You may obtain, review, and print an updated payoff statement at your
convenience 24/7 by visiting truist.com/signon.

For same day credit funds must be received by 3 p.m. EST.

Wire: Funds may be wired to Truist Mortgage Payoff Department routing/
      transit number 061000104, account number 201721740. Please include
      borrower's name and 10-digit loan number with your remittance.

Mail: The payoff must be in the form of guaranteed funds; however a
      personal check will be accepted if; (1) the final payoff amount is
      equal to or less than $5,000; or (2) the final payoff amount is
      equal to or less than your monthly payment amount. Funds may be
      mailed to Truist Mortgage Payoff Department 111 Millport Circle,
      MC 900-01-01-05, Greenville, SC 29607. Please be mindful of any
      delays caused by the postal service. Funds are credited on the date
      they are received.

Payments: You must continue to make your regularly scheduled mortgage
          payment when due. A late charge of $ 53.90 will be assessed
          according to your grace period as defined in your Note and should
          be added to the payoff total when applicable.

Recurring Payments: Please cancel any recurring payment/draft prior to
                    payoff.



**TRUIST**

Truist Bank
P.O. Box 27767
Richmond, VA 23261-7767

Escrows: Unless otherwise requested Truist Bank will continue to pay all
escrow items (bills presented to Truist Bank) until payoff funds
are received. Any remaining escrow funds will be refunded to you
within 20 days following the receipt of sufficient funds to pay
the loan in full. Requests to stop payments from your escrow
account may be faxed to 844.534.7136 or contact our Client
Services Department online at truist.com/signon or by phone at
800.634.7928.

Details:
This loan is due for the December 01, 2025 payment.
The current total unpaid Principal Balance is:        $        226,445.70
Interest at  2.99000%                                            463.75
Escrow/Impound Overdraft                                       5,266.10
Property Inspec Fee                                                 .00
Trustee Reconveyance                                               .00
 * * *   TOTAL AMOUNT DUE TO PAY LOAN IN FULL * * *  $        232,175.55

Funds received after November 26, 2025 will require additional interest
of $ 18.55 per Day, through month-end. The above calculations
are invalid after month-end.
Please contact our Client Services Department at 800.634.7928, if you
have questions regarding this statement. Thank you for complying with
these instructions. We appreciate your business and we hope we can be of
a service to you in the future.

Legal Notices for payoffs of loans secured by property in Texas:

TEXAS FINANCE CODE SECTION 343.106 REQUIRES PAYOFF STATEMENT CONTAIN
CLOSING DATE AND DATE THROUGH WHICH PAYOFF AMOUNT IS VALID. THESE
REQUIREMENTS CANNOT BE DELETED FROM PAYOFF STATEMENT. TEXAS FINANCE
CODE SECTION 343.106 REQUIRES THE IMPLEMENTING RULE TO ALLOW MORTGAGE
SERVICERS AT LEAST SEVEN (7) BUSINESS DAYS FROM THE DATE OF RECEIPT
OF PAYOFF REQUEST TO RESPOND TO A REQUEST MADE UNDER THE STATUTE. ANY
AMOUNT HELD IN ESCROW AT CLOSING WILL BE SETTLED IN ACCORDANCE WITH
APPLICABLE FEDERAL LAW.

Enclosure: Disclosure(s)

XP011  JDV



Truist Bank
P.O. Box 27767
Richmond, VA 23261-7767

CHANGE OF ADDRESS FORM

MORTGAGE LOAN NUMBER: 4004361236

BORROWER NAME:

      Sharon Rollins

Property Address: 280 Sandgate Dr
                  Smithville TN 37166

If this payoff is due to the sale of the property, please furnish the borrower's forwarding address so future correspondence can be sent to them at the correct address. Please fax this form to us upon completion at 801.567.6651 or email mortgagefaxresearch@truist.com. This email address is only for address changes after payoff. Please call 800.634.7928.

_____
STREET

_____     _____     _____
CITY                     STATE       ZIP

_____     _____
Borrower Signature       DATE